IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARQUE X. ANTHONY, | § | |
| | § | No. 547, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1604006845 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 31, 2017
Decided:  February 7, 2017

**O R D E R**

This 7th day of February 2017, it appears to the Court that the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for failure to file the opening brief and appendix. The appellant received the notice on January 17, 2017 and has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice